William BURTON, Dorothy Burton and Industrial Investment Corporation, Appellants,

v.

UNITED STATES of America, Appellee.

No. 12825.

United States Court of Appeals
Sixth Circuit.

Dec. 4, 1956.

Clements & Cobbs, Detroit, Mich., for appellants.

Fred W. Kaess, U. S. Atty., Rodney C. Kropf, Asst. U. S. Atty., Detroit, Mich., for appellee.

Before SIMONS, Chief Judge, and McALLISTER and STEWART, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of record, the briefs of the parties, and the arguments of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the order of the district court denying appellants' motion for relief from judgment be and is hereby affirmed.

Henry Richard BELL

v.

UNITED STATES of America.

No. 5456.

United States Court of Appeals
Tenth Circuit.

Sept. 13, 1956.

Raymond D. Buckles, Denver, Colo., for appellant.

Donald E. Kelley, U. S. Atty., and John S. Pfeiffer, Asst. U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, Chief Judge, and PHILLIPS, Circuit Judge.

Dismissed for failure of appellant diligently to prosecute the same.

WIESEN-HART, Inc., Cross-Appellant,

v.

ADVISERS, Incorporated,
Cross-Appellee.

No. 12830.

United States Court of Appeals
Sixth Circuit.

Nov. 27, 1956.

Before SIMONS, Chief Judge, and ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

In view of our determination in Advisers, Inc., v. Wiesen-Hart, Inc., 6 Cir., 238 F.2d 706, the cross-appeal of Wiesen-Hart, Inc., in the above cause is hereby dismissed.